# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOY L. WILSON

      vs                              Case No. 3:09cv504-MCR/MD

LAKEVIEW CENTER, INC.

_____

## O R D E R

Defendant's **"AMENDED ANSWER TO CORRECTED COMPLAINT" (electronically filed 4/20/2010, doc.27)**, was referred to the undersigned with the following deficiencies:

> A motion for leave of court is required when seeking to amend a pleading. The amended pleading, in its entirety, shall be electronically filed as separate documents. See N.D. Fla. Loc. R. 15.1 (revised 7/2005).
>
> Memorandum required by N.D. Fla. Loc. R. 7.1(A).

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

**DONE and ORDERED** this 28th day of April, 2010.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**